IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIN GENERAL HOSPITAL, | No. C 07-1027 SI |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| MODESTO & EMPIRE TRACTION COMPANY, et al., | |
|     Defendants.              / | |

The Court has granted defendants' motion to dismiss without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 24, 2007

SUSAN ILLSTON
United States District Judge