IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIN GENERAL HOSPITAL, | No. C 07-1027 SI |
| Plaintiff, | **ORDER REMANDING CASE TO MARIN COUNTY SUPERIOR COURT** |
| v. | |
| MODESTO & EMPIRE TRACTION COMPANY, *et al.*, | |
| Defendants. / | |

The Ninth Circuit has issued the mandate in this case.[1] Accordingly, the Court REMANDS this case to the Superior Court for the County of Marin.

**IT IS SO ORDERED.**

Dated: January 20, 2010

SUSAN ILLSTON
United States District Judge

---

[1] Although the Ninth Circuit issued the mandate on October 6, 2009, the mandate was not filed in this Court until January 20, 2010.